UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.B. and A.E., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA INC. d/b/a PLANNED PARENTHOOD<br><br>Defendants. | 25-CV-10279 (MKV) (RWL) |
| C.B. L.M., and D.D., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., PLANNED PARENTHOOD GREATER MEMPHIS REDION, INC., PLANNED PARENTHOOD SOUTHEAST, INC. and PLANNED PARENTHOOD OF FLORIDA, INC., as successor in interest to PLANNED PARENTHOOD OF SOUTHWEST AND CENTRAL FLORIDA, INC.<br><br>Defendants. | 26-CV-05201 (MKV) (RWL) |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In these consolidated class actions Plaintiffs claim that Defendants disclosed Plaintiffs' personal and confidential information without authorization. Before the Court is Plaintiffs' joint motion to appoint Sarah N. Westcot of Bursor & Fisher, P.A. ("B&F") as interim class counsel pursuant to Federal Rule of Civil Procedure 23(g). (Dkt. 33.) The motion is unopposed.

The Court has reviewed the motion and supporting materials and finds that:

(1) Appointment of interim class counsel is appropriate and necessary to protect the interests of the putative class;

(2) Westcot and B&F already have performed substantial work in identifying and investigating the claims asserted in these cases and have coordinated well with counsel representing other plaintiffs;

(3) B&F is recognized as a well-established, reputable firm; Westcot has substantial experience handling cases of a similar nature (i.e., consumer class actions involving data privacy); both Westcot and other B&F attorneys have substantial experience in litigating class actions generally; and both Westcot and B&F are well qualified to represent the class in these cases; and

(4) B&F has the resources and personnel to carry out complex class litigation such as the instant actions.

The Court therefore concludes that B&F will well and fairly represent the class, grants the instant motion, and appoints Sarah N. Westcot and Bursor & Fisher, P.A. as interim class counsel for these consolidated actions.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 33 as well as the corresponding motion in 26-CV-5201.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 13, 2026
New York, New York

Copies transmitted this date to all parties of record.